OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 The Appellate Division correctly determined that petitioner —an employee terminable at will — failed to show that his employment was terminated for a constitutionally impermissible reason
 
 (see, Murphy v American Home Prods. Corp.,
 
 58 NY2d 293, 305). Nor did the Appellate Division abuse its discretion in concluding that violation of the Open Meetings Law, in the circumstances presented, did not require the annulment of the Board’s determination dismissing petitioner from his employment (Public Officers Law § 106 [2]; § 107;
 
 see, Matter of Sanna v Lindenhurst Bd. of Educ.,
 
 58 NY2d 626).
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 Order affirmed, with costs, in a memorandum.